

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00316-CV

**IN THE INTEREST OF J.F.**, Minor Child

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02694
Honorable John D. Gabriel, Jr., Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED October 22, 2014.

_____
Rebeca C. Martinez, Justice